CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUI DENG, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | Case No. 5:25-cv-07596 BLF <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-526E, Immigrant Petition by Standalone Investor. On March 19, 2026, the Court granted the parties' request to stay proceedings until June 12, 2026. Dkt. No. 18. United States Citizenship and Immigration Services ("USCIS") has taken adjudicative action for all the Plaintiffs except for Plaintiff Makarov. USCIS issued a Request for Evidence ("RFE") on Plaintiff Makarov's petition and Plaintiff submitted their response on June 10, 2026. Upon receipt of the responses to the RFE, USCIS will review the responses and take further adjudicative action.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 11, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation
C 5:25-cv-07596 BLF                    1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 12, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: June 12, 2026

/s/ Kevin A. Gregg
KEVIN A. GREGG
IRA JAY KURZBAN
Kurzban, Kurzban, Tetzeli & Pratt, P.A.
Attorneys for Plaintiffs

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until August 11, 2026.

Date: June 15, 2026

BETH LABSON FREEMAN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:25-cv-07596 BLF                    2